**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**ENDURANCE ENVIRONMENTAL SOLUTIONS, LLC,**
**Petitioner,**

**v.**

**NATIONAL LABOR RELATIONS BOARD,**
**Respondent.**

**Case No. 24-1383**

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), counsel for Petitioner Endurance Environmental Solutions, LLC certifies as follows:

A. Parties and Amici: The parties to this action are Petitioner Endurance Environmental Solutions, LLC ("Endurance" or the "Employer") and Respondent the National Labor Relations Board ("NLRB" or the "Board"). Teamsters Local No. 100, an affiliate of the International Brotherhood of Teamsters, AFL-CIO was a party to the NLRB administrative proceeding referenced below and has moved to intervene in this matter.

B. Rulings Under Review: Petitioner Endurance seeks review of the Board's Decision and Order in Case No. 09-CA-273873, which was entered on December 10, 2024 and reported at 373 N.L.R.B. No. 141.

C. Related Cases: The undersigned is unaware of any related cases. This case has never previously been on review before this or any other Court.

Dated: January 21, 2025

*/s/ Jonathan Batten*

Jonathan Batten
Joseph Piesco *(Application to Practice Pending)*
Jessica Daneshvar *(Application to Practice Pending)*
DLA Piper LLP (US)
500 8th Street, NW
Washington, DC 20004
Phone: (202) 799-4329

*Counsel for Petitioner Endurance Environmental Solutions, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify on this 21st day of January 2025, that a copy of the foregoing *CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES* was served electronically through the court's CM/ECF system on all registered counsel.

*/s/ Jonathan Batten*
JONATHAN BATTEN