**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| ENDURANCE ENVIRONMENTAL SOLUTIONS, LLC<br>Petitioner/Cross-Respondent<br>v.<br><br>NATIONAL LABOR RELATIONS BOARD<br>Respondent/Cross-Petitioner<br>and<br><br>TEAMSTERS LOCAL NO. 100, an affiliate of INTERNATIONAL BROTHERHOOD OF TEAMSTERS<br>Intervenor | ) | Nos. 24-1383<br>25-1036 |

**UNOPPOSED JOINT MOTION FOR ENTRY OF A CONSENT JUDGMENT ENFORCING AN ORDER OF THE NATIONAL LABOR RELATIONS BOARD**

To the Honorable, the Judges of the United States
Court of Appeals for the District of Columbia Circuit:

Pursuant to a settlement agreement executed by the parties, the National Labor Relations Board ("the Board"), Endurance Environmental Solutions, LLC ("the Company"), and Teamsters Local No. 100, an affiliate of International Brotherhood of Teamsters ("the Union"), respectfully move the Court for entry of a consent judgment enforcing the Board's Order against the Company. In support of their unopposed joint motion, the parties show as follows:

1. On December 10, 2024, the Board issued a Decision and Order finding that the Company committed certain unfair labor practices and directing the

Company to remedy those unfair labor practices. On December 20, 2024, the Employer filed a petition for review with this Court contesting the Board's Decision and Order. On January 27, 2025, the Board filed a cross-application for enforcement of its Order. The Union intervened in support of the Board.

2. Based on recent developments in the case, the parties have executed a settlement agreement obviating the need for further litigation. As part of the executed settlement agreement, the parties have agreed to seek entry of a consent judgment by this Court enforcing the Board's Order as modified in the attached proposed judgment.

3. Each party is to bear its own costs.

4. Counsel for the Company and counsel for the Union have authorized counsel for the Board to file this motion on the parties' behalf.

WHEREFORE, the Board, the Company, and the Union respectfully request that the Court enter a consent judgment enforcing the Board's Order as modified in the attached proposed judgment.

Respectfully submitted,

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
/s/ Eric Weitz
Attorney
National Labor Relations Board
1015 Half Street, S.E.
Washington, D.C. 20570
(202) 273-2960

*(Counsel for the Board)*

/s/ Jonathan Batten
Jonathan Batten
DLA Piper LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4329

*(Counsel for the Company)*

/s/ Julie C. Ford
Julie C. Ford
111 W. First Street, Suite 1100
Dayton, OH 45402
(937) 461-5310

*(Counsel for the Union)*

Dated at Washington, D.C.,
this 13th day of April, 2026

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| ENDURANCE ENVIRONMENTAL SOLUTIONS, LLC | ) | Nos. 24-1383 |
| Petitioner/Cross-Respondent | ) | 25-1036 |
| v. | ) | |
| | ) | |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| Respondent/Cross-Petitioner | ) | |
| and | ) | |
| | ) | |
| TEAMSTERS LOCAL NO. 100, an affiliate of INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ) | |
| Intervenor | ) | |

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the Board certifies that the foregoing motion contains 252 words of proportionally-spaced, 14-point type, and that the word processing system used was Microsoft Word 365. The Board further certifies that the PDF file submitted to the Court has been scanned for viruses using Microsoft Defender and is virus-free.

Respectfully submitted,

/s/ Eric Weitz

Eric Weitz
Attorney
National Labor Relations Board
1015 Half Street, S.E.
Washington, D.C. 20570
(202) 273-2960

Dated at Washington, D.C.,
this 13th day of April, 2026

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| ENDURANCE ENVIRONMENTAL SOLUTIONS, LLC<br>Petitioner/Cross-Respondent<br>v.<br><br>NATIONAL LABOR RELATIONS BOARD<br>Respondent/Cross-Petitioner<br>and<br><br>TEAMSTERS LOCAL NO. 100, an affiliate of INTERNATIONAL BROTHERHOOD OF TEAMSTERS<br>Intervenor | ) | Nos. 24-1383<br>25-1036 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, I electronically filed the foregoing document with the Clerk of the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify the foregoing document will be served via the CM/ECF system on all parties or their counsel of record.

Respectfully submitted,

/s/ Eric Weitz
Eric Weitz
Attorney
National Labor Relations Board
1015 Half Street, S.E.
Washington, D.C. 20570
(202) 273-2960

Dated at Washington, D.C.
this 13th day of April, 2026