USCA Case #24-1383 Document #2168411 Filed: 04/13/2026 Page 1 of 4

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| ENDURANCE ENVIRONMENTAL SOLUTIONS, LLC<br>Petitioner/Cross-Respondent | ) | Nos. 24-1383<br>25-1036 |
| v. | ) | |
| NATIONAL LABOR RELATIONS BOARD<br>Respondent/Cross-Petitioner | ) | |
| and | ) | |
| TEAMSTERS LOCAL NO. 100, an affiliate of INTERNATIONAL BROTHERHOOD OF TEAMSTERS<br>Intervenor | ) | |

**CONSENT JUDGMENT**

THIS CAUSE came to be heard upon a petition for review filed by Endurance Environmental Solutions, LLC, and a cross-application for enforcement filed by the National Labor Relations Board, regarding the Board's Order in Board Case No. 09-CA-273873, dated December 10, 2024, reported at 373 NLRB No. 141; and the parties having advised this Court of their desire to dispose of this matter by entry of a consent judgment enforcing the Board's Order;

IT IS HEREBY ORDERED AND ADJUDGED by the Court that the Order of the National Labor Relations Board is enforced in part and that Endurance Environmental Solutions, LLC, its officers, agents, successors, and assigns, shall abide by and perform the directions of the Board set forth in its Order, as modified below, and without prejudice to the Board filing a new application for enforcement as necessary. (See attached Order and Appendix)

Robert L Wilkins
Judge, United States Court of Appeals
for the District of Columbia Circuit

Florence Y. Pan
Judge, United States Court of Appeals
for the District of Columbia Circuit

USCA Case #24-1383 Document #2168411 Filed: 04/13/2026 Page 2 of 4

Judge, United States Court of Appeals
for the District of Columbia Circuit

ENTERED:

USCA Case #24-1383 Document #2168411 Filed: 04/13/2026 Page 3 of 4

ENDURANCE ENVIRONMENTAL SOLUTIONS, LLC

v.

NATIONAL LABOR RELATIONS BOARD

## ORDER

The Respondent, Endurance Environmental Solutions, LLC, Florence, Kentucky, its officers, agents, successors, and assigns, shall

1. In the event that the Respondent resumes operations, cease and desist from

(a) Refusing to bargain collectively with Teamsters Local No. 100, an affiliate of the International Brotherhood of Teamsters (the Union), by failing and refusing to furnish it with requested information that is relevant and necessary to the Union's performance of its functions as the collective-bargaining representative of the Respondent's unit employees.

(b) In any like or related manner interfering with, restraining, or coercing employees in the exercise of the rights guaranteed them by Section 7 of the Act.

2. Take the following affirmative action necessary to effectuate the policies of the Act.

(a) In the event that the Respondent resumes operations, furnish to the Union in a timely manner the information responsive to Request 4 in the January 12, 2021 letter from Timothy Montgomery to Kevin Blackwell upon request from the Union.

(b) Duplicate and mail, at its own expense, a copy of the attached notice marked "Appendix" to all current employees and former employees employed by the Respondent at any time since January 12, 2021.

(c) Within 21 days after service by the Region, file with the Regional Director for Region 9 a sworn certification of a responsible official on a form provided by the Region attesting to the steps that the Respondent has taken to comply.

USCA Case #24-1383 Document #2168411 Filed: 04/13/2026 Page 4 of 4

**APPENDIX**

NOTICE TO EMPLOYEES

POSTED PURSUANT TO A JUDGMENT OF THE UNITED STATES
COURT OF APPEALS ENFORCING AN ORDER OF THE
NATIONAL LABOR RELATIONS BOARD
An Agency of the United States Government

The National Labor Relations Board has found that we violated Federal labor law and has ordered us to post and obey this notice.

FEDERAL LAW GIVES YOU THE RIGHT TO
Form, join, or assist a union
Choose representatives to bargain with us on your behalf
Act together with other employees for your benefit and protection
Choose not to engage in any of these protected activities.

WE WILL NOT, in the event that we resume operations, refuse to bargain collectively with Teamsters Local No. 100, an affiliate of the International Brotherhood of Teamsters (the Union) by failing and refusing to furnish it with requested information that is relevant and necessary to the Union's performance of its functions as the collective-bargaining representative of our unit employees.

WE WILL NOT in any like or related manner interfere with, restrain, or coerce you in the exercise of the rights listed above.

WE WILL, in the event that we resume operations, furnish to the Union in a timely manner the information responsive to Request 4 in the January 12, 2021 letter from Timothy Montgomery to Kevin Blackwell.

ENDURANCE ENVIRONMENTAL SOLUTIONS, LLC

The Board's decision can be found at www.nlrb.gov/case/09-CA-273873 or by using the QR code below. Alternatively, you can obtain a copy of the decision from the Executive Secretary, National Labor Relations Board, 1015 Half Street, S.E., Washington, D.C. 20570, or by calling (202) 273-1940.